**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  09-cr-00444-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     CARLOS AYALA-ROJAS,
       a/k/a Eusebio Ayala-Rojas,

       Defendant.
_____

**MINUTE ORDER**
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK


     This will confirm that a status/scheduling hearing regarding Defendant Ayala-Rojas is set **Tuesday, November 17, 2009 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.  An interpreter is required.


Dated:  October 28, 2009