**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  09-cr-00444-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      CARLOS AYALA-ROJAS,
         a/k/a Eusebio Ayala-Rojas,

        Defendant.

___

**MINUTE ORDER**
___

BY ORDER OF JUDGE LEWIS T. BABCOCK


      This will confirm that, pursuant to Defendant's Notice of Disposition (Doc 12 - filed November 13, 2009), the status/scheduling hearing regarding Defendant Ayala-Rojas is **VACATED**.

      This will further confirm that a change of plea hearing regarding Defendant Ayala-Rojas is set **Friday, December 4, 2009 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.  An interpreter is required.


Dated:  November 16, 2009
___